J. WOODWARD CLARIS, Plaintiff, v. J. ERNEST RICHARDS and Others, Respondents. JACOB H. LEVANTINE, Interpleaded, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to any claim of appellant for any amount due him from the copartners defendants. No opinion Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MELVIN LEVI and Another v. JACOB DACHIS.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

RIVERDALE HOMEBUILDERS, INC., v. FAIRFIELD GARDENS, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CERNE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VITO VITALE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MARSHALL.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAVERIO RAVALLI.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH KEENAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHCLAS FITILIS.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PRUDENTIAL PAPER CO., INC., v. OSWEGATCFIE PAPER CO., INC.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NEW YORK STEAM CORPORATION v. LADD & NICHOLS, INC.—Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JONAS I. BARDOWITZ v. JAMES BORABABY, Impleaded with Others.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ANTHONY SALATINO v. NORTHEASTERN SURETY COMPANY.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

STRAUSS & CO., INC., v. FLORENZ ZIEGFELD.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CATHERINA ELLENA v. JOSEPH SICKER.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.